# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–20625 – DER**   Chapter: **11**

**M&H ENTERPRISES LLC AND THE ESTATE OF MANIJEH VEDADI**
Debtor

## NOTICE

IN PERSON HEARING – Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 11/17/25 at 11:00 AM to consider and act upon the following:

5 – Emergency Motion to Use Cash Collateral Filed by M&H ENTERPRISES LLC AND THE ESTATE OF MANIJEH VEDADI. (Attachments: # 1 Proposed Order # 2 Memorandum in Support of Motion to Use Cash Collateral) (Nelson, Rowena)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/12/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)