United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-20625-DER |
| M&H ENTERPRISES LLC AND THE ESTATE OF MA | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2025 | Form ID: pdfall | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | M&H ENTERPRISES LLC AND THE ESTATE OF MANIJEH VEDA, 8229 Washington Boulevard, Jessup, MD 20794-9402 |
| 33011836 | + | Carney, Kelehan Bresler, Bennett & Scher, 10715 Charter Drive, Suite 200, Columbia, MD 21044-2871 |
| 33011838 | + | Hunter Piel, Substitute Trustee, Piel Law Firm, LLC, 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| 33011840 | + | Joe Marzouk, Equity Lenders, LLC, 11709 Reisterstown Road, Reisterstown, MD 21136-3301 |
| 33011843 | + | Trius Lending Partners, c/o Superior Settlement Services, LLC, 2700 Stonecliff Drive Unit 104, Baltimore, MD 21209-3766 |
| 33011844 | + | Truist Bank, PO Box 580057, Charlotte, NC 28258-0057 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33011837 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Nov 17 2025 19:24:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411 |
| 33011839 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2025 19:24:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 33011842 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2025 19:25:00 | Select Portfolio Servicing, INc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 19, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0416-1     User: admin     Page 2 of 2
Date Rcvd: Nov 17, 2025     Form ID: pdfall     Total Noticed: 9

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Rowena N Nelson | rnelson@rnnlawmd.com  paralegal@rnnlawmd.com,attorney@rnnlawmd.com,NelsonRR90047@notify.bestcase.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 3

Entered: November 17th, 2025
Signed: November 14th, 2025

**SO ORDERED**

The hearing described below shall be continued to November 24, 2025 at 9:30 AM.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25−20625 − DER**   Chapter: **11**   Doc No.: **5**

**M&H ENTERPRISES LLC AND THE
ESTATE OF MANIJEH VEDADI**
Debtor

## ORDER CONTINUING HEARING ON
## EMEREGENCY MOTION TO USE CASH COLLATERAL

Upon consideration of the motion for continuance filed in the above−captioned matter by the Debtor, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the hearing scheduled for November 17, 2025, is continued to **the date and time noted above in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.**

cc:   All Parties
      All Counsel

### End of Order

12x01 (rev. 05/21/2012) − LisaLAAlexander