IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 25-20625-DER |
| M&H Enterprises, LLC and | * | (Chapter 11) |
| The Estate of Manijeh Vedadi | | |
| | * | |
| Debtor. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please note the appearance of Owen Jarvis as counsel for Carney, Kelehan, Bresler, Bennett & Scherr, LLP, a creditor, and add my name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

Respectfully submitted,

/s/Owen Jarvis
Owen Jarvis, #28998
Carney, Kelehan, Bresler,
Bennett & Scherr, LLP
10715 Charter Drive, Suite 200
Columbia, Maryland 21044
ocj@carneykelehan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of November, 2025, copies of the foregoing were mailed, first class, postage prepaid, to the following parties:

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411

Internal Revenue Service
PO Box 21126

Philadelphia, PA 19114-0326

Joe Marzouk
Equity Lenders, LLC
11709 Reisterstown Road
Reisterstown, MD 21136-3301

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Trius Lending Partners
c/o Superior Settlement Services, LLC
2700 Stonecliff Drive Unit 104
Baltimore, MD 21209-3766

Hunter Piel, Substitute Trustee
Piel Law Firm, LLC
502 Washington Avenue Suite 730
Towson, MD 21204-4525

Truist Bank
PO Bank 580057
Charlotte, NC 28258-0057

I HEREBY FURTHER CERTIFY that a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

| | |
|---|---|
| **Hugh M. (UST) Bernstein** | hugh.m.bernstein@usdoj.gov |
| **Rowena N Nelson** | rnelson@rnnlawmd.com; paralegal@rnnlawmd.com; attorney@rnnlawmd.com; NelsonRR90047@notify.bestcase.com |
| **US Trustee - Baltimore** | USTPRegion04.BA.ECF@USDOJ.GOV |

/s/Owen Jarvis
Owen Jarvis, #28998