IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In re:                                    *

M&H Enterprises, LLC and                  *          Case No. 25-20625-DER
The Estate of Manijeh Vedadi                         (Chapter 11)

                                          *
        Debtor.
                                          *

*       *       *       *       *       *       *       *       *       *       *       *       *

**LIMITED OBJECTION TO EMERGENCY MOTION
TO PERMIT DEBTOR TO USE CASH COLLATERAL**

       Carney, Kelehan, Bresler, Bennett & Scherr, LLP ("Creditor") hereby objects to the Debtor's Emergency Motion to Permit Debtor to Use Cash Collateral. In support of this Limited Objection, the Creditor states as follows:

1.  The Creditor has an unsecured claim related to two Orders issued by the Orphans' Court for Montgomery County, Maryland in the Estate of Manijeh Vedadi (Estate No. W120109) (the "Estate"), awarding the Creditor attorney's fees totaling $49,519.43. Assets of the Estate have not yet been distributed, and the Creditor brings this limited objection to protect its claim and ensure that the assets of the Estate are properly accounted for, preserved and subject to adequate oversight.

2.  The Debtor has requested emergency interim relief under Bankruptcy Rule 4001(b)(2), but has not demonstrated an immediate need for cash collateral to avoid irreparable harm. The Debtor's alleged primary time sensitive basis for emergency relief is the "imminent foreclosure sale" of that certain real property known as 8229 Washington Boulevard, Jessup (Howard County), Maryland, 20794 (the "Property"), which sale was scheduled to

occur on November 12, 2025, but was canceled as a result of the Debtor's instant bankruptcy filing.

3. The Debtor also generally cites payments of expenses associated with certain other real property as establishing an emergency basis, including property taxes, insurance, utilities, and maintenance, but identifies no specific expense currently due for which emergency relief is urgently required. For example, the real property taxes due on the property for the 2025-26 fiscal year have been paid.

4. Additionally, the Debtor's proposed uses for cash collateral lack specificity. The Debtor proposes to use cash collateral for expenses associated with various real property in which the Estate has an interest but provides no budget or list of itemized expenses for creditors to review.

WHEREFORE, Creditor requests that the Court

a. Deny the Debtor's Motion until a specific emergency basis for relief is identified, a budget is provided, and required expenditures are clarified,

b. Impose strict Court oversight and reporting requirements for the Debtor's use of cash collateral if the Debtor's Motion is granted, and

c. Grant such other and further relief as it deems appropriate.

Respectfully submitted,

/s/Owen Jarvis
Owen Jarvis, #28998
Carney, Kelehan, Bresler,
Bennett & Scherr, LLP
10715 Charter Drive, Suite 200
Columbia, Maryland 21044
ocj@carneykelehan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of November, 2025, copies of the foregoing were mailed, first class, postage prepaid, to the following parties:

> Comptroller of Maryland
> Revenue Administration Division
> 110 Carroll Street
> Annapolis, MD 21411
>
> Internal Revenue Service
> PO Box 21126
> Philadelphia, PA 19114-0326
>
> Joe Marzouk
> Equity Lenders, LLC
> 11709 Reisterstown Road
> Reisterstown, MD 21136-3301
>
> Select Portfolio Servicing, Inc.
> PO Box 65250
> Salt Lake City, UT 84165-0250
>
> Trius Lending Partners
> c/o Superior Settlement Services, LLC
> 2700 Stonecliff Drive Unit 104
> Baltimore, MD 21209-3766
>
> Hunter Piel, Substitute Trustee
> Piel Law Firm, LLC
> 502 Washington Avenue Suite 730
> Towson, MD 21204-4525
>
> Truist Bank
> PO Bank 580057
> Charlotte, NC 28258-0057

I HEREBY FURTHER CERTIFY that a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

> **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
>
> **Rowena N Nelson**    rnelson@rnnlawmd.com; paralegal@rnnlawmd.com; attorney@rnnlawmd.com; NelsonRR90047@notify.bestcase.com

**US Trustee - Baltimore**        USTPRegion04.BA.ECF@USDOJ.GOV


/s/Owen Jarvis
Owen Jarvis, #28998