IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | : | |
| M&H Enterprises, LLC | : | Case No. 25-20625 |
| Debtor | : | Chapter 11 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of November 2025, a copy of the foregoing Amended Voluntary Petition was sent to all parties registered to receive notice through the Court's CM/ECF system to the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Owen Jarvis ocj@carneykelehan.com
Rowena N Nelson rnelson@rnnlawmd.com,
paralegal@rnnlawmd.com,
attorney@rnnlawmd.com,
NelsonRR90047@notify.bestcase.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on the 24th day of November 2025, a copy of the foregoing Amended Voluntary Petition was also served by first class mail, postage prepaid, to the attached matrix.

November 24, 2025                Respectfully submitted,

      /s/ Rowena N. Nelson
Rowena N. Nelson (#28212)
Law Office of Rowena N. Nelson, LLC
1801 McCormick Drive, Suite 150
Largo, Maryland 20774
 (301) 358.3271 Phone
(877) 728.7744 Facsimile
information@rnnlawmd.com Email