| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-20625<br>District of Maryland<br>Baltimore<br>Mon Nov 24 11:55:40 EST 2025 | Carney, Kelehan, Bresler, Bennett & Scherr,<br>10715 Charter Drive, Suite 200<br>Columbia, MD 21044-2871 | M&H ENTERPRISES LLC AND THE ESTATE OF MANIJE<br>8229 Washington Boulevard<br>Jessup, MD 20794-9402 |
| Carney, Kelehan Bresler, Bennett & Scher<br>10715 Charter Drive<br>Suite 200<br>Columbia, MD 21044-2871 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Hunter Piel, Substitute Trustee<br>Piel Law Firm, LLC<br>502 Washington Avenue<br>Suite 730<br>Towson, MD 21204-4525 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Joe Marzouk<br>Equity Lenders, LLC<br>11709 Reisterstown Road<br>Reisterstown, MD 21136-3301 | Select Portfolio Servicing, INc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Trius Lending Partners<br>c/o Superior Settlement Services, LLC<br>2700 Stonecliff Drive Unit 104<br>Baltimore, MD 21209-3766 | Truist Bank<br>PO Box 580057<br>Charlotte, NC 28258-0057 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 |
| Rowena N Nelson<br> Law Office of Rowena N. Nelson, LLC<br>1801 McCormick Drive<br> Suite 150<br>Largo, MD 20774-5326 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of  Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, MD 21411 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |