Entered: November 25th, 2025
Signed: November 25th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANICRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In Re ) | |
| ) | |
| M&H ENTERPRISES, LLC, ) | |
| ) | Case No. 25-20625 |
| ) | Chapter 11 |
| Debtor. ) | |

# INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) SCHEDULING OF A FURTHER HEARING PURSUANT TO FED. R. BANKR. P. 4401

Upon consideration of the Emergency Motion to Permit Debtor to Use Cash Collateral (the "Motion") filed by M&H Enterprises, LLC ( "Debtor"), by and through counsel, Law Office of Rowena N. Nelson, LLC, and after notice and hearing held pursuant to 11 U.S.C. §§ 105(a), 361, and 363(c)(2), and Rules 2002 and 4001(b) of the Federal Rules of Bankruptcy Procedure, it appearing that the relief requested is necessary to preserve the Debtor's property and maintain the value of the estate, and that post-

petition payments may be provided to the secured creditor, Trius Lending Partners, the Court hereby finds and concludes as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Notice of the Motion and hearing was sufficient under the circumstances.

3. The Debtor has demonstrated that immediate use of cash collateral is necessary to prevent irreparable harm to the bankruptcy estate, to preserve and protect the value of the Property located at 8229 Washington Boulevard, Jessup, Maryland 20794 (the "Property"), and to maintain ongoing business operations.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Debtor's Emergency Motion to Permit Debtor to Use Cash Collateral is GRANTED; and it is further

**ORDERED**, that the Debtor is authorized to use cash collateral consisting of rental income derived from the Property located at 8229 Washington Boulevard, Jessup, Maryland 20794, for the payment of ordinary and necessary business expenses not to exceed the current rental proceeds of approximately nine thousand five hundred ($9,500.00); and it is further

**ORDERED**, that the Court shall conduct a final hearing on the continued use of cash collateral pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure on the **17th day of December 2025, at 1:30p.m**.; and it is further

**ORDERED,** that this Order shall be effective as of the date of entry by the Court, notwithstanding the provisions of Rule 6004 of the Bankuptcy Rules to the extent applicable.

cc:
Debtor
Counsel for the Debtor
U.S. Trustee
All Creditors and Interested Parties

**END OF ORDER**