**MSF Lending - Mortgage Solution Finders**

4000 Legato Rd. Suite 1100 Fairfax, VA 22033

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| **DATE ISSUED** 12/04/2025 | **LOAN TERM** 30 years |
| **APPLICANTS** Farzin Mehrabkhani | **PURPOSE** Purchase |
| 707 President Street, 826 | **PRODUCT** Fixed Rate |
| Baltimore, MD 21202 | **LOAN TYPE** ☑ Conventional ☐ FHA ☐ VA ☐ USDA ☐ |
| **PROPERTY** 8229 Washington Boulevard | **LOAN ID #** R003479 |
| Jessup, MD 20794 | **RATE LOCK** ☑ NO ☐ YES, until |
| **SALE PRICE** $875,000 | Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **12/18/2025 11PM EST** |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $656,250 | **NO** |
| **Interest Rate** | 7.990% | **NO** |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $4,810.76 | **NO** |

| | | Does the loan have these features? |
|---|---|---|
| **Prepayment Penalty** | | **YES** * As high as **$0** if you pay off the loan during the first 0 years |
| **Balloon Payment** | | **NO** |

## Projected Payments

| Payment Calculation | Years 1 - 30 |
|---|---|
| Principal & Interest | $4,810.76 |
| Mortgage Insurance | + 0 |
| Estimated Escrow *Amount can increase over time* | + 875 |
| **Estimated Total Monthly Payment** | **$5,686** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments** *Amount can increase over time* | $875 | ☑ Property Taxes | **YES** |
| | | ☑ Homeowner's Insurance | **YES** |
| | | ☐ Other: | |
| | | *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| **Estimated Closing Costs** | $49,415 | Includes $26,315 in Loan Costs + $23,100 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| **Estimated Cash to Close** | $173,165 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

# Closing Cost Details

## Loan Costs

| A. Origination Charges | $20,882 |
|---|---|
| 0.249905% of Loan Amount (Points) | $1,640 |
| Loan Origination Fee | $18,047 |
| Underwriting Fee | $1,195 |

| B. Services You Cannot Shop For | $1,441 |
|---|---|
| Appraisal Fee | $1,200 |
| Credit Report Fee | $100 |
| Electronic Document Delivery Fee | $29 |
| Flood Certification | $7 |
| MERS Registration Fee | $25 |
| Tax Related Service Fee | $80 |

| C. Services You Can Shop For | $3,992 |
|---|---|
| Title - Lenders Coverage Premium | $2,192 |
| Title - Settlement Fee | $1,800 |

| D. TOTAL LOAN COSTS (A + B + C) | $26,315 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $10,019 |
|---|---|
| Recording Fees and Other Taxes | $175 |
| Transfer Taxes | $9,844 |

| F. Prepaids | $6,031 |
|---|---|
| Homeowner's Insurance Premium ( 12 months) | $2,100 |
| Mortgage Insurance Premium (    months) | |
| Prepaid Interest ( $143.66 per day for 3 days @ 7.99% ) | $431 |
| Property Taxes ( 5 months) | $3,500 |

| G. Initial Escrow Payment at Closing | | | | $5,250 |
|---|---|---|---|---|
| Homeowner's Insurance | $175.00 | per month for 6 | mo. | $1,050 |
| Mortgage Insurance | | per month for | mo. | |
| Property Taxes | $700.00 | per month for 6 | mo. | $4,200 |

| H. Other | $1,800 |
|---|---|
| Title - Owners Coverage Premium | $1,800 |

| I. TOTAL OTHER COSTS (E + F + G + H) | $23,100 |
|---|---|

| J. TOTAL CLOSING COSTS | $49,415 |
|---|---|
| D + I | $49,415 |
| Lender Credits | $0 |

### Calculating Cash to Close

| Total Closing Costs (J) | $49,415 |
|---|---|
| Closing Costs Financed (Paid from your Loan Amount) | $0 |
| Down Payment/Funds from Borrower | $218,750 |
| Deposit | -$95,000 |
| Funds for Borrower | $0 |
| Seller Credits | $0 |
| Adjustments and Other Credits | $0 |
| **Estimated Cash to Close** | $173,165 |

# Additional Information About This Loan

| | | | | |
|---|---|---|---|---|
| **LENDER** | A&D Mortgage LLC | **MORTGAGE BROKER** | MSF Lending - Mortgage Solution Finders |
| **NMLS/ MD LICENSE ID** | 958660 | **NMLS/ MD LICENSE ID** | 499850 |
| **LOAN OFFICER** | MARK GLASER | **LOAN OFFICER** | Nadia Parabi |
| **NMLS/ MD LICENSE ID** | | **NMLS/ MD LICENSE ID** | 1047356/1047356 |
| **EMAIL** | mark.glaser@admortgage.com | **EMAIL** | nadia@msflendinginc.com |
| **PHONE** | (954) 309-2960 | **PHONE** | (443) 478-0138 |

| **Comparisons** | Use these measures to compare this loan with other loans. | |
|---|---|---|
| **In 5 Years** | **$315,392** | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | **$32,412** | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | **8.407%** | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | **163.969%** | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☐ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☑ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than 0 days late, we will charge a late fee of _____ |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☐ to service your loan. If so, you will make your payments to us.<br>☑ to transfer servicing of your loan. |
| **Loan Acceptance** | You do not have to accept this loan because you have received this form or signed a loan application. |