Entered: December 8th, 2025
Signed: December 8th, 2025

**SO ORDERED**

The hearing described below shall be set for January 14, 2026 at 3:00 PM.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–20625 – DER**   Chapter: **11**

**M&H ENTERPRISES LLC**
Debtor

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO DISMISS

The Debtor having filed a motion to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor serve a copy of this Order upon all creditors and parties in interest within four (4) days of the date of entry of this Order and thereafter file a certificate of service evidencing same; and it is further

ORDERED, that a hearing upon the motion to dismiss will be held on the date and time set forth above, in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to Debtor's motion to dismiss within fourteen (14) days after the date Debtor serves a copy of this Order on all creditors, the motion to dismiss may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Rowena N Nelson

**End of Order**

15x20 (rev. 01/11/2016) – LaurieArter