IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

*In re*:
M&H Enterprises, LLC

*Debtor*

Case No. 25-20625
Chapter 11

_____

**APPLICATION TO RETAIN THE
LAW OFFICE OF ROWENA N. NELSON, LLC.**

The application of the Debtor, M&H Enterprises, LLC, (the "Debtor"), respectfully represents:

1. On or about November 12, 2025, (the "Petition Date"), the Debtor filed a Voluntary Petition in the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, requesting relief in accordance with Chapter 11 of the U.S. Bankruptcy Code (the "Code") of 2005.

2. Since the Petition Date, the Debtor has continued in possession of its property and the management of their affairs for the benefit of the estate pursuant to § 1107 and 1108 of the Code.

3. On October 28, 2025, the Debtor received a Notice of Foreclosure Sale issued by Hunter C. Piel, Esq., Substitute Trustee for Trius Lending Partners, stating that the foreclosure sale of the Property is scheduled to occur on Wednesday, November 12, 2025, at 1:00 p.m. at the front entrance of the Circuit Court for Howard County, 9250 Judicial Way, Ellicott City, Maryland. The notice further states that a deposit of $20,000.00 will be required from the purchaser at the time of sale.

4. Manijeh Vedadi, the late owner of the commercial property at issue located at 8229 Washington Boulevard, Jessup, Maryland 20794 (the "Property"), passed away on August 25, 2024.  On September 10, 2024, her brother, Khosro Vedadi, was duly appointed as the Personal Representative of her Estate.  The Estate of Manijeh Vedadi is the sole owner of M&H Enterprises, LLC, which jointly holds title to the Property.

5. According to the deed recorded among the Land Records of Howard County, Maryland, ownership of the Property is vested in M&H Enterprises, LLC and the Estate of Manijeh Vedadi.  Together, they constitute the "Debtor" for purposes of this Chapter 11 proceeding.

6. The Property is a multi-unit court of nine residential properties consisting of nine units, seven of which are occupied, one vacant, and one currently unrentable.

7. The Debtor, through counsel, engaged in good faith negotiations with Trius Lending to stay the foreclosure and restructure the secured obligation.  Despite these efforts, the negotiations were unsuccessful, as Trius Lending rejected the Debtor's proposed settlement and proceeded with plans to foreclose on the Property.  As a result of the lender's rejection and the imminent foreclosure sale, the Debtor was left with no viable alternative and was compelled to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in order to preserve the Property, protect creditor interests, and pursue reorganization.

8. The Debtor wish to employ Rowena N. Nelson, Esquire, and the Law Office of Rowena N. Nelson, LLC, attorney duly admitted to practice in this Court.

9. The Debtor has selected Rowena N. Nelson, Esquire and the Law Office of Rowena N. Nelson, LLC, for the reason that the Debtors believe that Rowena N. Nelson and the Law Office of Rowena N. Nelson, LLC, is capable and qualified to represent the Debtor in this proceeding.

10. Law Office of Rowena Nelson, LLC is a firm made up on two (2) attorneys. Rowena Nelson, Esquire is admitted to the practice of law in Maryland, District of Columbia and the Commonwealth of Virginia.

11. The Law Office of Rowena Nelson, LLC upon appointment as attorneys to the Debtor, will perform the following services:

    a. Giving the debtor legal advice with respect to their powers and duties as Debtor-in-possession;

    b. Preparing as necessary, applications, answers, orders, reports, and other legal papers filed by the Debtor;

    c. Preparing a disclosure statement and plan of reorganization;

    d. Performing all other legal services for the Debtor which may be necessary herein;

    e. Represent the Debtors interest in the Bankruptcy proceedings; and

    f. To obtain confirmation of the Plan of reorganization.

12. The Debtor desires to employ the Law Office Rowena N. Nelson, LLC under a general retainer because of the extensive legal services required. Subject to the

approval of the court in accordance with Section 330 of the Bankruptcy Code, compensation will be payable to the Law Office of Rowena Nelson on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the law firm. Rowena Nelson's **standard hourly rate for work of this nature is four hundred dollars ($400.00)**. Prior to filing the instant case the undersigned **received seven thousand five hundred dollars ($7,500.00) from the debtor**. Said amount was disclosed in full on the Petition date.

13. Except as expressly set forth in paragraph 6, to the best of its knowledge, Rowena N. Nelson is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14). Rowena N. Nelson has no connections with the United States Trustee, or any person employed by the United States Trustee. Additionally, Rowena N. Nelson does not represent any interest adverse to the Debtors' estate. Rowena Nelson has no connection with any creditor, the Debtors or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as set forth in the Verified Statement of Counsel to be Employed by Debtor, which is attached hereto.

14. Pursuant to Local Bankruptcy Rule 9013-2 , Movant hereby states that it will rely solely upon this Motion and no Memorandum will be filed.

WHEREFORE, the Debtor requests that this court enter an Order that:

A. Authorizes the employment of Rowena N. Nelson and the Law Office of Rowena N. Nelson, LLC., to represent the Debtors in this case under Chapter 11 of the Bankruptcy Code; and

B. Grants such other and further relief as is just and proper.

January 19, 2026                              Respectfully submitted,

/s/ Rowena Nelson
Rowena N. Nelson, Bar # 28212
Law Office of Rowena N. Nelson, LLC.
1801 McCormick Drive, Suite 150
Largo, Maryland 20774
301.358.3271 Phone
877.728.7744 Facsimile
information@rnnlawmd.com Email

*Counselor for M&H Enterprises, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 206, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Application to Approve Employment of Attorney, Affidavit and Proposed Order will be served electronically by the Court's CM/ECF system to the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Evan Jay Feldman ejf@carneykelehan.com, ejf@alpersteinlaw.com

Owen Jarvis ocj@carneykelehan.com

Rowena N Nelson rnelson@rnnlawmd.com, paralegal@rnnlawmd.com, maureen.shaw@rnnlawmd.com, NelsonRR90047@notify.bestcase.com
USTPRegion04.GB.ECF@USDOJ.GOV

5

I hereby further certify that on January 19, 2026, a copy of the Application to Approve Employment of Attorney, Affidavit and Proposed Order was also mailed first class mail, postage prepaid to the attached matrix.

/s/ Rowena Nelson
Rowena Nelson