IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

*In re*:
M&H Enterprises, LLC                                    Case No. 25-20625
                                                        Chapter 11
     *Debtor*

_____

**ORDER AUTHORIZING EMPLOYMENT OF
ROWENA N. NELSON AND THE LAW OFFICE OF ROWENA N. NELSON, LLC**

Upon the application of the Debtor, M&H Enterprises, LLC, praying for authority to employ and appoint the Law Office of Rowena N. Nelson, LLC, under a general retainer to represent the Debtor, and upon the Declaration of Rowena N. Nelson establishing that she is a member of the firm of the Law Office of Rowena N. Nelson, LLC and that neither she nor the firm of the Law Office of Rowena N. Nelson, LLC are interested persons herein and that she is an attorney duly admitted to the practice of the State of Maryland, District of Columbia, Eastern District of Virginia and in this Court, the employment of the Law firm of the Law Office of Rowena N. Nelson, LLC is necessary and would be in the best interests of the estate, and the Office of the U.S. Trustee having been served with said Application, IT IS

ORDERED: That the Debtor be, and the same hereby is authorized to employ the law firm of the Law Office of Rowena N. Nelson, LLC, to represent it in this proceeding

.

Copies to:

Rowena N. Nelson, Esquire
Law Office of Rowena N. Nelson, LLC
1801 McCormick Drive, Suite 150
Largo, Maryland 20774

U.S. Trustee
US Trustee – Baltimore

**END OF ORDER**