# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

*In re*:

M&H Enterprises, LLC           Case No. 25-20625

                                     Chapter 11

    *Debtor*

_____

## CITATION OF AUTHORITY IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY(S)

1. 11 U.S.C. § 327 allows the Trustee to employ professional persons that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the Trustee in carrying out the Trustee's duties under Title 11 of the Code.

2. F.R.Bankr.P. 2014 provides that the Court will grant an Order approving the employment of professional persons only on application of the Trustee.

3. The Debtor has complied with all notice requirements pursuant to F.R.Bankr.P. 1007(c), 2002, 2014 and 9014.

January 19, 2025                       Respectfully submitted,

                                                   /s/ Rowena N. Nelson
                                                   Rowena N. Nelson, Bar # 28212
                                                   Law Office of Rowena N. Nelson, LLC.
                                                   1801 McCormick Drive, Suite 150
                                                   Largo, Maryland 20774
                                                   301.358.3271 Phone
                                                   877.728.7744 Facsimile
                                                   information@rnnlawmd.com Email

                                                   *Counselor for M&H Enterprises, LLC*