IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

*In re*:

M&H Enterprises, LLC          Case No. 25-20625
                              Chapter 11

    *Debtors*

_____

**VERIFIED STATEMENT OF ATTORNEY(S) TO
BE EMPLOYED BY DEBTOR**

I, Rowena N. Nelson, Esq., hereby deposes and swears under the penalties of perjury and pursuant to Federal Rule of Bankruptcy Procedure 2014(a), respectfully represents as follows:

1. I am an attorney licensed to practice in the State of Maryland, Eastern District of Virginia and District of Columbia.
2. I am an attorney of the Law Office of Rowena N. Nelson, LLC, located at 1801 McCormick Drive, Suite 150 Largo, Maryland 20774.
3. I have no connection with the Debtor, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the Unites States Trustee.
4. The firm represents no interest adverse to the Debtor herein, or their estate in the matter upon which the firm is engaged.
5. As with any bankruptcy case, it is difficult to say with certainty that all material relationships have been discovered at the inception of the Debtor's case.
6. Accordingly, the Law Office of Rowena Nelson, LLC will periodically update its conflicts database and if any new material relationships are discovered, they will be disclosed in a supplemental filing with the Court.
7. No promises have been received by the Law Office of Rowena Nelson, LLC thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Law Office of Rowena Nelson, LLC has no agreement with any other entity to share with such entity any compensation received by the Law Office of Rowena Nelson, LLC in connection with this chapter 11 case.

8. The Law Office of Rowena Nelson, LLC, together with other professionals that may be employed by the Debtor in this chapter 11 case, and under the direction of the Debtor's management, will seek to provide professional services in the most efficient way possible and with a minimum of duplication.

January 19, 2026

Respectfully submitted,

/s/ Rowena N. Nelson
Rowena N. Nelson, Bar # 28212
Law Office of Rowena N. Nelson, LLC.
1801 McCormick Drive, Suite 150
Largo, Maryland 20774
301.358.3271 Phone
877.728.7744 Facsimile
information@rnnlawmd.com Email

*Counselor for M&H Enterprises, LLC.*