```
Label Matrix for local noticing       Carney, Kelehan, Bresler, Bennett & Scherr,   M&H ENTERPRISES LLC
0416-1                                10715 Charter Drive, Suite 200                8229 Washington Boulevard
Case 25-20625                         Columbia, MD 21044-2871                       Jessup, MD 20794-9402
District of Maryland
Baltimore
Fri Dec  5 15:09:44 EST 2025

Carney, Kelehan Bresler, Bennett & Scher   (p)COMPTROLLER OF MARYLAND               Hunter Piel, Substitute Trustee
10715 Charter Drive                        BANKRUPTCY UNIT                          Piel Law Firm, LLC
Suite 200                                  7 ST PAUL STREET SUITE 230               502 Washington Avenue
Columbia, MD 21044-2871                    BALTIMORE MD 21202-1626                  Suite 730
                                                                                    Towson, MD 21204-4525

(p)INTERNAL REVENUE SERVICE           Joe Marzouk                                   Select Portfolio Servicing, INc.
CENTRALIZED INSOLVENCY OPERATIONS     Equity Lenders, LLC                           PO Box 65250
PO BOX 7346                           11709 Reisterstown Road                       Salt Lake City, UT 84165-0250
PHILADELPHIA PA 19101-7346            Reisterstown, MD 21136-3301


Trius Lending Partners                Truist Bank                                   US Trustee - Baltimore
c/o Superior Settlement Services, LLC PO Box 580057                                 Garmatz Federal Courthouse
2700 Stonecliff Drive Unit 104        Charlotte, NC 28258-0057                      101 West Lombard Street
Baltimore, MD 21209-3766                                                            Suite 2625
                                                                                    Baltimore, MD 21201-2668


Rowena N Nelson
 Law Office of Rowena N. Nelson, LLC
1801 McCormick Drive
 Suite 150
Largo, MD 20774-5326



               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of  Maryland              Internal Revenue Service                      End of Label Matrix
Revenue Administration Division       PO Box 21126                                  Mailable recipients    12
110 Carroll Street                    Philadelphia, PA 19114-0326                   Bypassed recipients     0
Annapolis, MD 21411                                                                 Total                  12
```