Entered: January 21st, 2026
Signed: January 17th, 2026

# DENIED

Motion to Dismiss is DENIED for the reasons stated at the hearing held on January 14, 2026.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| *IN RE:* | : |
| | : |
| M&H Enterprises, LLC | :     CASE NUMBER 25-20625 |
| | : |
| Debtor | :     CHAPTER 11 |
| | : |

**ORDER DISMISSING CASE AND TERMINATION OF
AUTOMATIC STAY DUE TO SALE OF PROPERTY**

Upon consideration of the Motion to Dismiss ("Motion") filed by the Debtor regarding the instant case and property located at 8229 Washington Boulevard, Jessup, Maryland 20794 (the "Property"), and any opposition thereto ; WHEREAS,  Debtor along with the Buyer, Farzin Mehrabkhani have executed a Purchase Agreement to sell the property as of December 5, 2026, in "as is" condition with buyer paying all closing costs and transfer tax for a purchase price of seven hundred seventy five thousand dollars even ($875,000.00) and the parties desire to resolve this matter.

It is by the United States Bankruptcy Court for the District of Maryland;