**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In Re: | ) | |
| M&H ENTERPRISES, LLC, | ) | |
| | ) | Case No. 25-20625 |
| | ) | Chapter 11 |
| Debtor. | ) | |

_____

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** Rowena N. Nelson, Esq., and Law Office of Rowena N. Nelson, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 9010, Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Maryland, and the applicable Maryland Attorneys' Rules of Professional Conduct, hereby files this Motion for Leave to Withdraw As Counsel, respectfully moves this Honorable Court for entry of an Order granting leave to withdraw as counsel of record for the Debtor, M&H Enterprises, LLC, and in support thereof states as follows:

1. The instant case was filed on November 12, 2025 by the Undersigned Counsel.

2. Rowena N. Nelson, Esq., of the Law Office of Rowena N. Nelson, LLC, entered her appearance as counsel for the Debtor in the above captioned Chapter 11 case.

3. The court entered on order authorizing employment of the undersigned counsel on or about February 17, 2026.

4. The Debtor filed this Chapter 11 proceeding in order to address issues relating to the property located at 8229 Washington Boulevard, Jessup, Maryland 20794

and to prevent a foreclosure sale by the secured creditor Trius Lending Partners.

5.    Counsel previously filed a Motion to Dismiss the Chapter 11 case. The Court has since denied that motion and the case therefore remains pending before this Court.

6.    Since the filing of the petition and the Court's ruling on the Motion to Dismiss, circumstances have arisen that makes it impracticable for undersigned counsel to continue representation of the Debtor in this matter.

7.    In light of these circumstances, and consistent with counsel's professional obligations under the applicable Rules of Professional Conduct, undersigned counsel respectfully seeks leave of Court to withdraw from further representation of the Debtor.

8.    Pursuant to Federal Rule of Bankruptcy Procedure 9010 and the applicable Local Rules of this Court, an attorney who has appeared in a bankruptcy case may withdraw only with leave of Court.

9.    Undersigned counsel has provided written notice to the Debtor of counsel's intent to withdraw in  letter dated March 9, 2026 and has advised the Debtor of the Debtor's right to obtain substitute counsel. **See Exhibit 1.**

10.    The Debtor is a limited liability company and therefore may not appear in federal court without counsel should further proceedings occur.

11.    Granting this Motion will not prejudice the Debtor, creditors, or any other party in interest.

12.    Counsel respectfully requests that the Court permit withdrawal upon entry of the Court's order due the continuing and ongoing conflicts of interest that are

irreparable.

**WHEREFORE**, the Debtor, M&H Enterprises, LLC and The Estate of Manijeh Vedadi  respectfully requests that this Honorable Court:

1.      Grant the undersigned's motion to withdraw;

2.      Instruct the Debtor to obtain new counsel;

3.      Find that the undersigned's withdrawal is in the best interests of creditors and the estate; and

4.      Grant such other and further relief as the Court deems just and proper.

March 17, 2026                              Respectfully submitted,
                                            Law Office of Rowena N. Nelson, LLC

                                            Rowena N. Nelson, Esq.
                                            Federal Bar No. 28212
                                            1801 McCormick Drive, Suite 150
                                            Largo, Maryland 20772
                                            (301) 358.3271 Phone
                                            (877) 728.7744 Facsimile
                                            information@rnnlawmd.com Email
                                            *Attorney for M&H Enterprises, LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2026, a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel was served by first-class mail, electronic mail, and/or the Court's CM/ECF system upon the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Owen Jarvis ocj@carneykelehan.com

Rowena N Nelson rnelson@rnnlawmd.com,
paralegal@rnnlawmd.com,
attorney@rnnlawmd.com,
NelsonRR90047@notify.bestcase.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Counsel for Trius Lending Partners:
Hunter C.  Piel, Esq.
Piel Law Firm, LLC
802 Cromwell Park Drive, Suite K
Glen Burnie, Maryland 21061
hpiel@peillawfirm.com


I hereby certify that on this 17th day of March 2026 a copy of the foregoing Motion to Withdraw filed by the Debtor was sent by first class mail postage prepaid to the attached matrix.



Rowena N. Nelson, Esquire