**IN THE UNITED STATES BANICRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

In Re                    )
                        )
M&H ENTERPRISES, LLC,        )       Case No. 25-20625
                        )       Chapter 11
                        )
        Debtor.          )

_____

**PROPOSED ORDER
GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

Upon consideration of the Motion for Leave to Withdraw as Counsel filed by

Rowena N. Nelson, Esq., and the Law Office of Rowena N. Nelson, LLC, counsel for the

Debtor, M&H Enterprises, LLC, and any opposition thereto, the Honorable Court having

reviewed the Motion and the record in this case, and finding that good cause exists for

the requested relief, it is hereby

**ORDERED** that the Motion for Leave to Withdraw as Counsel is **GRANTED**; and

it is further

**ORDERED** that Rowena N. Nelson, Esq., and the Law Office of Rowena N. Nelson, LLC are hereby permitted to withdraw as counsel of record for the Debtor, M&H Enterprises, LLC in this matter; and it is further

**ORDERED** that following entry of this Order, Rowena N. Nelson, Esq., and Law Office of Rowena N. Nelson, LLC, shall have no further obligation to represent the Debtor in this case; and it is further

**ORDERED** that the Debtor, M&H Enterprises, LLC, shall be responsible for obtaining substitute counsel should further representation be required in this matter; and it is further

**ORDERED** that until substitute counsel enters an appearance, all notices and pleadings shall be served upon the Debtor at the following address: M&H Enterprises, LLC, c/o Khosro Vedadi, 8229 Washington Blvd, Jessup, Maryland 20794.

**SO ORDERED**.

cc:   Debtor
      Debtor's Counsel
      All creditors and Interest Parties

**END OF ORDER**