

# LAW OFFICE OF ROWENA N.  NELSON, LLC

ROWENA N.  NELSON
ATTORNEY AT LAW
information@rnnlawmd.com
www.rnnlawmd.com
Licensed in DC, MD & VA

1801 MCCORMICK DRIVE,
SUITE 150
Largo, MD 20774
PHONE: 301-358-3271
FACSIMILE: 877-728-7744

March 9, 2026

**Via First Class Mail and Email at VEDADIKHOSRO@GMAIL.COM**

M&H Enterprises, LLC
c/o Khosro Vedadi
8229 Washington Blvd
Jessup, Maryland 20794

>  **Re:** **Notice of Counsel Withdrawal**
> **In re: M&H Enterprises, LLC, Case No.  25-20625**

Dear Mr. Vedadi,

This letter serves as formal notice that the Law Office of Rowena N. Nelson, LLC will be withdrawing as counsel of record for M&H Enterprises, LLC in the above referenced Chapter 11 bankruptcy matter currently pending before the United States Bankruptcy Court for the District of Maryland.

As you are aware, our office previously filed a Motion to Dismiss the Chapter 11 case based upon the pending sale of the property located at 8229 Washington Boulevard, Jessup, Maryland 20794 and the anticipated satisfaction of the secured creditor's claim.  A proposed order was submitted to the Court providing for dismissal of the bankruptcy case and termination of the automatic. **That motion was denied**.

**Withdrawal Procedure Under Federal and Bankruptcy Rules**

Under the Federal Rules of Bankruptcy Procedure, specifically Rule 9010, a party may appear through counsel, and an attorney who has entered an appearance remains counsel of record until permitted by the Court to withdraw.  Consistent with this rule and applicable local bankruptcy procedures, an attorney must seek leave of court before withdrawing from representation in a pending bankruptcy case.

*Letter to M & H Enterprises, LLC*
*Attention Khosro Vedadi*
*March 9, 2026*
*Page 2 of 2*

_____

███████████████████████████████████████████
████████████████████████████████ █████████
████████████████████████████

████████████████████████████████████████████
██████████████████████████████████████████
████████████

████████████████

███████████████████████████████████████████
██ █████████████████████████████████████████
█████████████████████████████████████
██████

███████████████████████████████████████████
█████████████

### File and Records

Upon the Court's approval of our withdrawal, our office will close its file in this matter. If you would like copies of the file materials or electronic records relating to this case, please notify our office and arrangements will be made to provide them to you.

If you have any questions regarding this notice or the withdrawal process, please contact our office promptly. Thank you for the opportunity to represent you in this matter.

Sincerely,

Rowena N. Nelson, Esq.